omitted to do when the case was first before us—note that it is offensive and scandalous, and require that it be taken from the files of the court. Motion denied, with $10 costs.

TABACHNICK, Appellant, v. BRAND, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by William Tabachnick against Leopold Brand. No opinion. Motion denied, without costs.

TAMS v. SCHIRMER et al. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Arthur W. Tams against G. Schirmer and others. No opinion. Motion denied on terms stated in order. Order filed.

TEALE, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Charles E. Teale, public administrator, etc., as administrator of John H. Grady, deceased, against the Prudential Insurance Company of America. No opinion. Judgment of the Municipal Court affirmed, with costs.

TELLER, Appellant, v. CURTISS, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by George R. Teller against Harlow C. Curtiss. No opinion. Order affirmed, with $10 costs and disbursements.

THOMAS, Appellant, v. NOONAN et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 11, 1909.) Action by Ernest K. Thomas against John M. Noonan and others. No opinion. Motion granted.

THOMPSON v. FLEISCHMANN REALTY CO. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Albert Thompson against the Fleischmann Realty Company. No opinion. Motion granted, with $10 costs. Order filed.

THORPE, Respondent, v. GEORGE A. FULLER CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Adelaide J. Thorpe against George A. Fuller Company. J. M. Stearns, for appellant. G. D. Lamb, for respondent.
PER CURIAM. Judgment and order affirmed, with costs.
INGRAHAM, J., dissents, on the ground that the contract under which the plaintiff sues was never completed, the building having been erected by a new corporation, composed to some extent of different members, and not for the persons who had originally contemplated building the same. Order filed.

TITLE GUARANTEE & TRUST CO., Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by the Title Guarantee & Trust Company against Max Brown. No opinion. Order of the Municipal Court reversed, with costs, and judgment reinstated, on the ground that the evidence shows conclusively that the contract was that of the defendant personally.

TITLE GUARANTEE & TRUST CO., Appellant, v. CARROLL, Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1909.) Action by the Title Guarantee & Trust Company against John F. Carroll. No opinion. Judgment of the Municipal Court affirmed, with costs.

TOLSON, Respondent, v. NATIONAL PROVIDENT UNION, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Action by John F. Tolson against the National Provident Union. No opinion. Judgment and order affirmed, with costs, on the opinion of Mr. Justice Carr at Special Term. 60 Misc. Rep. 460, 113 N. Y. Supp. 534.

In re TOWNSEND. (Supreme Court, Appellate Division, First Department. December 24, 1908.) In the matter of Howard Townsend. No opinion. Order affirmed, with $50 costs and disbursements. Order filed.

UNGRICH v. UNGRICH. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Martin L. Ungrich against Henry Ungrich. No opinion. Motion denied, with $10 costs. Order filed.

UNITED STATES EXCH. BANK, Respondent, v. JULIUS JONSON'S SONS et al., Appellants. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by the United States Exchange Bank against Julius Jonson's Sons and another. H. S. Dottenheim, for appellants. L. W. Thompson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

VALENTINE v. RABINOWITZ. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Moses Valentine against Jacob Rabinowitz. No opinion. Motion granted, with $10 costs. Settle order on notice.

VAN LOAN, Respondent, v. TUCKER, SPEYERS & CO., Appellants. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by Albert Van Loan against Tucker, Speyers & Co. A. G. Fox, for appellants. O. Horwitz, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

VAUGHN, Respondent, v. GLENS FALLS PORTLAND CEMENT CO., Appellant. (Su-

preme Court, Appellate Division, Third Department. January 6, 1909.) Action by Albert A. Vaughn against the Glens Falls Portland Cement Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 59 Misc. Rep. 230, 112 N. Y. Supp. 240.

WAHLIG v. WAHLIG. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Rose Wahlig against Frank A. Wahlig. No opinion. Motion granted, with $10 costs. Order filed.

In re WALLACE. (Supreme Court, Appellate Division, Second Department. December 10, 1908.) In the matter of the application of Dana Wallace for a writ of mandamus requiring the board of county canvassers of the county of Queens to compare the statement of canvass, etc., with the original tally sheets, etc. No opinion. Order affirmed on argument, without prejudice and without costs.

WATKINS, Appellant, v. DELAHUNTY, Respondent. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Action by Thomas C. Watkins against John Delahunty. No opinion. Reargument ordered, and case set down for Thursday, January 14, 1909. See, also, 108 N. Y. Supp. 619.

WARING, Appellant, v. ASPINWALL, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Ida S. Waring, as executrix, etc., of Milton V. Waring, deceased, against John Aspinwall. No opinion. Order setting aside verdict and granting new trial affirmed, with costs.

WEEKS v. FRANKEL. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Charles M. Weeks, as surviving trustee under the last will and testament of George W. Weeks, deceased, against Julia Frankel. No opinion. Motion for leave to appeal to the Court of Appeals granted, without costs, and order signed.

WEIGAND, Respondent, v. HIPPOLD, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by John K. Weigand against Carrie Hippold.
PER CURIAM. Judgment of the Municipal Court affirmed, with costs.
WOODWARD, J., dissents.

WEIL et al. v. CENTRAL VERMONT R. CO. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Emil Weil and others against the Central Vermont Railroad Company. No opinion. Motion denied, with $10 costs. Order filed.

WEINER, Respondent, v. GROSSMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Harry Weiner against Louis Grossman. No opinion. Judgment of the Municipal Court affirmed, with costs.

WEIS v. EDELSTEIN. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Jacob Weis against Bernard Edelstein. No opinion. Motion denied. Order filed.

WEISS, Respondent, v. PRUDENTIAL INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by Herman Weiss against the Prudential Insurance Company. W. O. Campbell, for appellant. E. W. Drucker, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

WEITZMANN, Respondent, v. A. L. BARBER ASPHALT CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Frank C. Weitzmann, Jr., by Frank C. Weitzmann, his guardian ad litem, against the A. L. Barber Asphalt Company. No opinion. Motion denied, without costs.

WELLS, Respondent, v. HOWARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Charles M. Wells against William J. Howard and another. No opinion. The verdict was against the weight of the evidence, and for that reason the judgment and order are reversed, and a new trial is granted, on condition that the plaintiff pay the costs of the trial and the disbursements to date.

WIENER v. BASS et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by George Wiener against Rosabella Bass and others. No opinion. Judgment affirmed, with costs.

WILEY, Respondent, v. NASSAU ELECTRIC R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Kittie G. Wiley against the Nassau Electric Railroad Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

WILKENS, Respondent, v. AMERICAN BANK OF TORREON, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by John A. Wilkens against the American Bank of Torreon. G. T. Hogg, for appellant. M. Mackenzie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WILLIAMS, Appellant, v. PILLING et al., Respondents. (Supreme Court, Appellate Divi-